IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **IN RE:** | ) | In Proceedings Under Chapter 7 |
| | ) | |
| **Lisa M. Briggs** | ) | Case Number 17-17345 |
| | ) | |
| Debtor | ) | Judge Price Smith |
| | ) | |
| | ) | **Notice of Unavailability of Pay Advices** |
| | ) | |

    **NOW COME** the Debtor, Lisa Briggs, by and through her undersigned counsel, Patrick D. Miller, and the Debtor hereby states that she has not had earned income in the sixty days prior to the filing of this case, and therefore, does not have any pay advices that she is able to file with the Court.

                                                                   /s/ Patrick D. Miller
                                                                    Patrick D. Miller (0088408)
                                                                    **Luftman, Heck & Associates LLP**
                                                                    The United Bank Building
                                                                    2012 West 25th Street
                                                                    Suite 701
                                                                    Cleveland, OH 44113-4131
                                                                    (216) 978-4778
                                                                    (216) 539-9326 (facsimile)
                                                                    pmiller@lawlh.com
                                                                    Counsel for Debtors

## Certificate of Service

    I certify that on December 15, 2017, a true and correct copy of Debor's **Notice of Unavailability of Pay Advices** was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    Richard A. Baumgart, Chapter 7 Trustee at baumgart_trustee@dsb-law.com and rbaumgart@ecf.epiqsystems.com

U.S. Trustee at the registered address

        /s/ Patrick D. Miller
Patrick D. Miller (0088408)
Counsel for Debtor